The Chicago, Burlington & Quincy Railway
Company v. J. D. Bowland.
No. 15,699.   (100 Pac. 1134.)

Error from Rawlins district court; William H.
Pratt, judge.   Opinion filed February 6, 1909.   Affirmed.

*W. S. Morlan, Fred Robertson, W. W. Guthrie,* and
*W. F. Guthrie,* for plaintiff in error.

*J. P. Noble,* and *T. M. Noble,* for defendant in error.

*Per Curiam:* The fifth instruction was qualified by the
eleventh, so that the kind of appliances necessary to acquit the
defendant of fault was clear enough.   The jury were not misled,
because they did not rest upon the fact that the spark-arrester
failed to prevent the escape of fire as the most approved kind
might have done.   They found that this spark-arrester would not
keep the engine from continually throwing fire when going up
a slight grade like the one where the fire started.   The defendant
itself took up the allegation in the petition respecting the existence of combustible material near the track and interrogated
the jury respecting it.   The jury were not given a roving commission to hold the defendant to any kind of want of care; but
if the instructions were not as specific as they might have been
the special findings are perfectly clean cut, definite and precise,
and warrant the verdict on at least two grounds, either one of
which is sufficient.   In view of the findings no prejudice was
suffered because negligence was not defined.   The findings are
amply sustained by the evidence.   The plaintiff had the right to
prove damages according to the facts.   If the facts should not
warrant recovery by one rule he was entitled to the benefit of
the other, and the court was right in so instructing the jury.
The findings show the damages were properly assessed.

The judgment of the district court is affirmed.